# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:16cr65 -3 |
| MATTHEW BISHOP | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    MATTHEW BISHOP,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18:922(u)    Theft from a licensed firearms dealer;
18:2          Aiding and Abetting;
18:922(j)    Possession of stolen firearms.

Date:    08/10/2016

*Issuing officer's signature*

City and state:    South Bend, Indiana

Robert N. Trgovich, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 8-10-16, and the person was arrested on *(date)* 08-25-16
at *(city and state)* South Bend, IN.

Date: 08-26-16

*Arresting officer's signature*

David M. Allbritten, S/A
*Printed name and title*